

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00769-CV

JENNIFER LEE CUELLAR, Appellant

V.

ROCKY WAYNE NEISSER, SR. & KIMBERLY ANN NEISSER, Appellees

Appeal from the 387th Judicial District Court of Fort Bend County. (Tr. Ct. No. 13-DCV-203,577).

**TO THE 387TH JUDICIAL DISTRICT COURT OF FORT BEND COUNTY, GREETINGS:**

Before this Court, on the 2nd day of July 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on July 25, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, Jennifer Lee Cuellar, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered July 2, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 6, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

